JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB CLARK and BARBARA CLARK,<br><br>  Plaintiffs,<br><br>  v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 8:23-cv-01212-JWH-DFM<br><br>District Judge: John W. Holcomb<br><br>**JUDGMENT** |

1

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs BOB CLARK and BARBARA CLARK ("Plaintiffs") accepted FCA US, LLC's Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure on September 18, 2023.

Accordingly, the Court enters **JUDGMENT** in favor of Plaintiffs in the amount of **$145,787.22**, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: _____July 1, 2024_____    _____
Hon. John W. Holcomb
United States District Judge